1  ROD M. FLIEGEL, Bar No. 168289
   rfliegel@littler.com
2  LITTLER MENDELSON, P.C.
   650 California Street
3  20th Floor
   San Francisco, CA  94108.2693
4  Telephone:  415.433.1940
   Facsimile:  415.399.8490
5
   JENNIFER L. MORA, Bar No. 283569
6  jmora@littler.com
   2049 Century Park East
7  5th Floor
   Los Angeles, CA  90067.3107
8  Telephone:  310.772.7243
   Facsimile:  310.553.5583
9
   Attorneys for Defendant
10 HIRERIGHT, INC.

11                    UNITED STATES DISTRICT COURT

12                 SOUTHERN DISTRICT OF CALIFORNIA

13
   BLANCA WATKINS, individually, on      Case No.  '13CV1432 MMABLM
14 behalf of other similarly situated
   individuals, and on behalf of the
15 general public,
                                          NOTICE OF REMOVAL OF CIVIL
16              Plaintiff,                 ACTION BY DEFENDANT
                                          HIRERIGHT, INC.
17 v.
                                          [28 U.S.C. §§ 1331, 1441(a) & 1446]
18 HIRERIGHT, INC.,

19              Defendant.

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, PLAINTIFF BLANCA WATKINS AND HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant HireRight, Inc. ("Defendant" or "HireRight") hereby removes the above-entitled action, Case No. 37-2013-00050017-CU-OE-CTL, from the Superior Court of the State of California, County of San Diego, to the United States District Court for the Southern District of California.

This Removal is based on 28 U.S.C. §§ 1331, 1441(a) and 1446. This Notice is based upon the original jurisdiction of this Court over the parties under 28 U.S.C. § 1331 and the existence of a federal question herein. In support of its Notice of Removal, HireRight states:

## I. PLEADINGS/ SERVICE/ PROCEEDINGS

1. On May 24, 2013, Plaintiff Blanca Watkins ("Plaintiff") filed a Complaint in the Superior Court of the State of California, in and for the County of San Diego, which was captioned as follows: *BLANCA WATKINS, individually, on behalf of other similarly situated individuals, and on behalf of the general public, vs. HIRERIGHT, INC.*, designated as Case No. 37-2013-00050017-CU-OE-CTL ("Complaint"). A true and correct copy of the Complaint is attached hereto as Exhibit "A."

2. Plaintiff's Complaint asserts purported federal causes of action as follows: (1) Reporting obsolete information in a consumer report in violation of the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq.*; (2) Reporting criminal charges dismissed pursuant to California Penal Code section 1203.4 in violation of the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq.*; and (3) Failing to provide complete file disclosures to consumers in violation of the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq.*

3. The date on which Plaintiff served Defendant with a copy of said Complaint was May 24, 2013, when HireRight's agent for service of process was

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

1.

1  served.  A true and correct copy of the Notice of Service of Process is attached hereto

2  as Exhibit "B."

3        4.   HireRight filed and served an answer to Plaintiff's Complaint on June 18,

4  2013.  A true and correct copy of HireRight's Answer is attached hereto as Exhibit

5  "C."

6        5.   The attached exhibits constitute all the papers and processes that have

7  been filed or received in this action by HireRight.  The attachments thereby satisfy the

8  requirements of 28 U.S.C. § 1446(a).

9  ## II.   FEDERAL QUESTION JURISDICTION

10        6.   This Court has original jurisdiction over this matter because it arises

11  under the laws of the United States.  28 U.S.C. § 1331.

12        7.   "The district courts shall have original jurisdiction of all actions arising

13  under the Constitution, laws or treaties of the United States."  28 U.S.C. § 1331.  In

14  deciding whether a suit arises under federal law, the district court must abide by the

15  "well-pleaded complaint" rule, under which a suit arises under federal law only when

16  the plaintiff's statement of his own cause of action shows that it is based on federal

17  law.  *Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392 (1987).

18        8.   This case plainly arises under federal law.  All of the causes of action

19  included in Plaintiff's Complaint specifically, unambiguously and expressly allege

20  violations of a federal statute, namely, the Fair Credit Reporting Act.  Thus, this Court

21  has original jurisdiction over this action.

22        9.   Because this Court has original jurisdiction over this case, removal of this

23  case to federal court is proper.  28 U.S.C. § 1441(a).

24  ## III.   TIMELINESS OF REMOVAL

25        10.   This Notice of Removal is timely in that it has been filed within 30 days

26  of the service of the Summons and Complaint on May 24, 2013, and within one year

27  of the filing of the Complaint on May 24, 2013.  *See* 28 U.S.C. § 1446(b).

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108 2693
415.433.1940

## IV.   VENUE

11.   The action is pending in the Superior Court of California for the County of San Diego. Venue properly lies in the United States District Court for the Southern District of California, pursuant to 28 U.S.C. §§ 1391(b) and 1441(a).

## V.   NOTICE TO PLAINTIFF

12.   Contemporaneously with the filing of this Notice of Removal in the United States District Court for the Southern District of California, written notice of such filing will be given by the undersigned to Devin H. Fok and Joshua E. Kim, Plaintiff's counsel of record. In addition, a copy of this Notice of Removal will be filed with the Clerk of the Court for the Superior Court of the County of San Diego, California.

13.   WHEREFORE, Defendant HireRight now prays that the above-entitled action now pending against Defendant HireRight in the Superior Court of the State of California, County of San Diego, should be removed therefrom to this Court.

Dated: June 19, 2013

ROD M. FLIEGEL
JENNIFER L. MORA
LITTLER MENDELSON, P.C.
Attorneys for Defendant
HIRERIGHT, INC.

Firmwide:121050316.1 061997.1078

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

3.