# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA WATKINS, individually, on behalf of other similarly situated individuals, and on behalf of the general public,,<br><br>Plaintiff,<br><br>v.<br><br>HIRERIGHT, INC.,<br><br>Defendant. | Case No. 13-CV-1432-MMA-BLM<br><br>**ORDER GRANTING JOINT MOTION TO ALLOW PLAINTIFF TO AMEND HER COMPLAINT**<br><br>[Doc. No. 58] |

The parties jointly move for an order allowing Plaintiff to amend the complaint, specifically by adding a new named plaintiff, Spencer Hoyt. Doc. No 58. Based on the parties' joint motion, and pursuant to Federal Rule of Civil Procedure 15(a)(2), the Court **GRANTS** the joint motion and **ORDERS** as follows:

Plaintiff shall promptly file her First Amended Complaint as attached to the Joint Motion as Exhibit A. Once Plaintiff has filed her First Amended Complaint, Defendant shall have 14 days to answer the amended portions of Plaintiff's First Amended Complaint, specifically paragraphs 12, 50 as to Exhibit 5, and 54–61.

**IT IS SO ORDERED**.

Date: March 19, 2014

Hon. Michael M. Anello
United States District Judge

Case No. 13-CV-1432