1

2

3

4

5

6

7 UNITED STATES DISTRICT COURT

8 SOUTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| BLANCA WATKINS individually, and on behalf of other similarly situated individuals, and on behalf of the general public,<br><br>                       Plaintiff,<br><br>v.<br><br>HIRERIGHT, INC.,<br><br>                       Defendant. | Case No. 13CV1432-BAS (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO STAY CASE DEADLINES, CONFIRMING SETTLEMENT, AND SETTING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>**[ECF No. 108]** |

17

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1    On November 24, 2014, the parties filed a "Joint Motion to Stay Case Deadlines."

2    ECF No. 108.  The parties assert that they "have reached a settlement" and that they

3    anticipate finalizing and filing with the Court a formal settlement agreement and Joint

4    Motion for Preliminary Approval by December 31, 2014.  <u>Id.</u> at 3.  In light of the

5    representations made by counsel, the Court orders the parties to file their joint motion for

6    preliminary approval of the class action settlement by **December 30, 2014**.  The Court

7    further orders the parties to contact District Judge Cynthia A. Bashant's chambers to obtain

8    a preliminary approval hearing date prior to filing the documents.  All other pending dates

9    before this Court and District Judge Bashant are hereby **VACATED**.

10    **IT IS SO ORDERED**.

11   DATED:  November 25, 2014

12

13   BARBARA L. MAJOR
     United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-                                              13cv1432-BAS (BLM)