1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11   BLANCA  WATKINS  individually,  and  on  )    Case No. 13CV1432-BAS (BLM)
     behalf   of   other   similarly   situated )
12   individuals,  and  on  behalf  of  the  general )    **ORDER GRANTING JOINT MOTION**
     public,                                      )    **TO EXTEND CASE DEADLINE**
13                                                )
                              Plaintiff,          )    [ECF No. 113]
14                                                )
     v.                                           )
15                                                )
     HIRERIGHT, INC.,                             )
16                                                )
                              Defendant.          )
17   _____ )

18

19          On January 9, 2015, the parties filed a "joint motion to extend case deadline."  ECF

20   No. 113.  The parties seek to extend the current deadline for filing a joint motion for

21   preliminary approval of settlement from January 14, 2015 to January 28, 2015.  Id. at 3.

22   In support, the parties state that "an agreement has been reached on the substantive terms

23   of the settlement," but that the settlement includes an agreement on prospective relief for

24   all settlement class members that requires a change in the reporting output from

25   Defendant's electronic databases, and "it has taken the parties longer than anticipated to

26   investigate how [Defendant]'s automated systems can effectuate the agreed upon relief."

27   Id.  The parties contend that the additional two weeks will allow them to "resolve the

28   remaining technical issues surrounding the prospective relief for the settlement class

1  members and finalize the settlement agreement and joint motion for preliminary approval."

2  Id.

3      Good cause appearing, the parties' motion is **GRANTED**.  The parties' deadline to

4  file their settlement agreement and joint motion for preliminary approval of the settlement

5  is hereby extended to **January 28, 2015**.

6      **IT IS SO ORDERED**.

7

8  DATED:  January 9, 2015

9

10  BARBARA L. MAJOR
    United States Magistrate Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28