UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA WATKINS individually, and on behalf of other similarly situated individuals, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>HIRERIGHT, INC.,<br><br>Defendant. | Case No. 13CV1432-BAS (BLM)<br><br>**ORDER GRANTING THIRD JOINT MOTION TO EXTEND CASE DEADLINE**<br><br>[ECF No. 116] |

On January 27, 2015, the parties filed a "joint motion to extend case deadline." ECF No. 116. The parties seek to extend the current deadline for filing a settlement agreement and a joint motion for preliminary approval of settlement from January 28, 2015 to February 3, 2015. Id. at 3. In support, the parties state that "an agreement has been reached on the substantive terms of the settlement," and that the "parties have also negotiated a settlement agreement," but "defense counsel is experiencing an unanticipated medical issue, and has been out of the office and on medication," which has prevented the parties from executing the agreement and finalizing class notices. Id. This is the parties' third request for an extension of this deadline. See ECF Nos. 111, 113, and 116.

Good cause appearing, the parties' motion is **GRANTED**. The parties' deadline to

1 file their settlement agreement and joint motion for preliminary approval of the settlement
2 is hereby extended to **February 3, 2015**.

3 **IT IS SO ORDERED**.

5 DATED: January 27, 2015

*Barbara L. Major*
BARBARA L. MAJOR
United States Magistrate Judge