# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER HOYT, individually, on behalf of other similarly situated individuals, and on behalf of the general public,<br><br>  Plaintiff,<br><br>v.<br><br>HIRERIGHT, INC.,<br><br>  Defendant. | Case No. 3:13-CV-1432-BAS-BLM<br><br>**ORDER GRANTING EXCESS PAGES** |

Based on the parties' Joint Motion for Excess Pages, and good cause shown therein, IT IS HEREBY ORDERED the parties may have 7 excess pages for their Memorandum in Support of Motion for Preliminary Approval.

Dated: February 2, 2015

Hon. Cynthia Bashant
United States District Judge

ORDER　　　　　　　　　　　　　　　　　　　Case No. 3:13-CV-1432-BAS-BLM