1  THE LAW OFFICES OF DEVIN H. FOK
   Devin H. Fok (SBN #256599)
2  devin@devinfoklaw.com
3  P.O. Box 7165
   Alhambra, CA 91802-7165
4  Phone: (310) 430-9933
5  Fax: (323) 563-3445

6  NICHOLS KASTER, PLLP
7  Anna P. Prakash (MN Bar No. 0351362)*
   aprakash@nka.com
8  4600 IDS Center, 80 S 8th St
9  Minneapolis, MN 55402
   Phone: (612) 256-3200
10 Fax: (612) 338-4878
11 *admitted *pro hac vice*
   CLASS COUNSEL
12 [Defense Counsel listed on next page]

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SPENCER HOYT**, | Case No.: 3:13-cv-01432-BAS-BLM |
| Plaintiff, | **JOINT MOTION TO ADJOURN AND RESET SETTLEMENT-RELATED DATES AND TO MODIFY THE PRELIMINARY APPROVAL ORDER** |
| v. | |
| **HIRERIGHT, INC.**, | District Judge: Hon. Cynthia A. Bashant |
| | Courtroom: 4B |
| Defendant. | Mag. Judge: Hon. Barbara Lynn Major |
| | Courtroom: 11th Floor |
| | **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

ROD M. FLIEGEL, Bar No. 168289
rfliegel@littler.com
AMANDA N. FU, Bar No. 254287
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

JENNIFER L. MORA, Bar No. 283569
jmora@littler.com
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.772.7243
Facsimile: 310.553.5583

WILLIAM J. SIMMONS, *Pro Hac Vice*
wsimmons@littler.com
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102.1321
Telephone: 267.402.3047
Facsimile: 267.430.7908

Attorneys for Defendant
HIRERIGHT, INC.

Plaintiff Spencer Hoyt ("Plaintiff") and Defendant HireRight, Inc. ("Defendant") (collectively, "the parties"), by and through their counsel, hereby jointly move the Court for the adjournment and resetting of dates set by the Court's Preliminary Approval Order and the parties' settlement agreement and to modify the Preliminary Approval Order.

On November 10, 2014, the parties reached a compromise in principle of this proposed class action and executed a full settlement agreement on January 28, 2015. (ECF No. 119-3.) The parties then moved this Court for preliminary approval of their class action settlement on January 30, 2015. (ECF No. 119.) On May, 2016, this Court granted preliminary approval of the parties' class action settlement. (ECF No. 130.) The parties now request that the Court adjourn and reset certain settlement-related deadlines and issue an Order modifying the Preliminary Approval Order so as to take into account the issues discussed below.

**1. More time is needed to compile the class list.** Given the imposition of the now-lifted bankruptcy stay, more than 15 months have elapsed since the parties signed their settlement agreement in January of 2015. (*See* Br. ISO Prelim. Approval, ECF No. 119-1; Agreement, ECF No. 119-3; Prelim. Approval Order, ECF No. 130.) Accordingly, Defendant requires more time to compile a full list of class members who should receive notice of the settlement (including those who have accrued alleged claims since January of 2015), meet and confer with Class Counsel regarding that list, and transmit the list to the third-party settlement administrator. For these reasons, the parties request that the deadline for Defendant to transmit the list to settlement administrator be extended as follows and that deadlines related to the transmission of the class list and settlement notice be reset accordingly:

- Deadline for Defendant to transmit the class list to the settlement

administrator reset from May 16, 2016 to <u>June 1, 2016</u>;

- Deadline for the settlement administrator to mail notice and activate the settlement website reset from May 23, 2016 to <u>June 10, 2016</u>; and

- Deadline for the parties to move for final approval reset from August 1, 2016 to <u>August 12, 2016</u>; any responses by <u>August 26, 2016</u>; and any replies by <u>September 9, 2016</u>.[1]

**2. The Court's Preliminary Approval Order requires service on counsel no longer participating in this action.** The parties' settlement agreement provides for and their motion for preliminary approval requested that any objections be sent to the Court and settlement administrator. (ECF No. 119-3.) The Court's Preliminary Approval Order requires that objectors send objections to the clerk of court and also serve objections on counsel for both parties. (ECF No. 130.) The Order specifically lists E. Michelle Drake and Jennifer Mora as the counsel to be served. (*Id.*) As this Court has granted Ms. Drake's withdrawal from this action (ECF No. 128) and as Ms. Mora is not lead counsel for Defendant, the parties respectfully request that the Order be modified to list Anna P. Prakash (Class Counsel) and Rod Fliegel (Defendant's Counsel) as the counsel on whom objections should be served and to include a requirement that objectors also send objections to the settlement administrator.[2]

---

[1] Given that the final approval hearing is set for a full 10 days following the proposed close of briefing, the parties wish to maintain the current hearing date of September 19, 2016. Further, Class Counsel will file their motion for fees and costs and Plaintiff's request for an incentive award before the current deadline of August 1, 2016.

[2] If the Preliminary Approval Order is so modified, the parties would then modify the settlement notices accordingly.

-4-

For good cause shown, the parties respectfully request the Court grant the parties' motion.

Respectfully Submitted,

DATED: May 11, 2016

| NICHOLS KASTER, PLLP | LITTLER MENDELSON, P.C. |
|---|---|
| /s/Anna P. Prakash | /s/Rod M. Fliegel |
| NICHOLS KASTER, PLLP | Rod M. Fliegel |
| Anna P. Prakash | Bar No. 168289 |
| (MN Bar No. 0351362)* | rfliegel@littler.com |
| aprakash@nka.com | 650 California Street, 20th Floor |
| 4600 IDS Center, 80 S 8th St | San Francisco, CA 94108.2693 |
| Minneapolis, MN 55402 | Phone: 415.433.1940 |
| Phone: (612) 256-3200 | Fax: 415.399.8490 |
| Fax: (612) 338-4878 | |
| *admitted *pro hac vice* | Jennifer L. Mora |
| | Bar No. 283569 |
| THE LAW OFFICES OF DEVIN H. FOK | jmora@littler.com |
| | 2049 Century Park East, 5th Fl. |
| Devin H. Fok (SBN #256599) | Los Angeles, CA 90067.3107 |
| devin@devinfoklaw.com | Phone: 310.772.7243 |
| P.O. Box 7165 | Fax: 310.553.5583 |
| Alhambra, CA 91802-7165 | |
| Phone: (310) 430-9933 | William J. Simmons* |
| Fax: (323) 563-3445 | wsimmons@littler.com |
| | *admitted *pro hac vice* |
| CLASS COUNSEL AND | 1601 Cherry Street, Suite 1400 |
| ATTORNEYS FOR PLAINTIFF | Philadelphia, PA 19102.1321 |
| SPENCER HOYT | Phone: 267.402.3047 |
| | Fax: 267.430.7908 |
| | |
| | ATTORNEYS FOR DEFENDANT HIRERIGHT, INC. |

-5-

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2016 a true and correct copy of the foregoing Joint Motion was served electronically via ECF to all counsel of record.

Date: May 11, 2016                  /s/Anna P. Prakash
                                    Anna P. Prakash (*pro hac vice*)