# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA WATKINS, SPENCER HOYT, individually, on behalf of other similarly situated individuals, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>HIRERIGHT, INC.,<br><br>Defendant. | Case No. 13-cv-1432-BAS-BLM<br><br>**ORDER GRANTING MOTION TO RESET SETTLEMENT-RELATED DATES AND TO MODIFY THE PRELMINARY APPROVAL ORDER** |

On May 2, 2016, the Court entered a Preliminary Approval of Settlement Order in this Fair Credit Reporting Act class action. (ECF No. 130.) The parties now move to reset certain settlement-related dates and to modify portions of the Preliminary Approval Order outlining the process for serving objections. (ECF No. 131.) In this Order, the Court addresses only the portion of the parties' motion requesting a reset of settlement-related dates.

Having reviewed the motion, and good cause appearing, the Court **GRANTS** the motion to reset settlement-related dates. Accordingly, the Court hereby **ORDERS** the following:

(1) The deadline for Defendant to transmit the class list to the settlement administrator is reset from May 16, 2016 to **June 1, 2016**;

(2) The deadline for the settlement administrator to mail notice and activate the settlement website is reset from May 23, 2016 to **June 10, 2016**;

(3) The deadline for the parties to move for final approval is reset from August 1, 2016 to **August 12, 2016**; any responses are due by **August 26, 2016**; and any replies are due by **September 9, 2016**;

**IT IS SO ORDERED.**

DATED: May 23, 2016

Hon. Cynthia Bashant
United States District Judge